# EXHIBIT A

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Dear Judge Chatigny,

My name is Linda Voloshin. I am John Voloshin's wife. We have been married for 29 years. We have resided on Penny Lane in Woodbridge since 1994. We have two children, Marisa 24, and Jordan 22. Marisa graduated from Fairfield University in 2009. She was employed there as the assistant tennis coach for two years after graduating. She attended graduate school there until December 2011. Jordan graduated from Emory University in May 2011. Marisa has lived in Stratford, CT for almost two years. Jordan moved to San Diego, CA in January 2012. I have been a stay at home Mom since they were born.

John has been a loyal husband and a devoted father. Our children enjoyed a wonderful childhood. Their father was always available to them. He spent countless hours taking Marisa to tennis lessons and attending matches all over New England. Jordan's interests usually involved water. It started with fishing, then boogie boarding, and finally surfing. Jordan's job today is in the surf industry. John and I were always there for them.

John has been a part of my family for 32 years. My mother passed away suddenly 24 years ago. John lost his father, almost as suddenly, two years later. Since my mother's death almost all family holidays, birthdays and reunions have been held at our house. John is Jewish. I am Christian. We have always celebrated all the holidays. His family, my family, our friends, our kid's friends and their families have always been welcome to our home. Our house was the gathering place.

John was a devoted son. In the twenty years since his father passed, John has always been there for his mother. She had multiple health problems. He was always at her side for every surgery, major doctor appointment or procedure, and visited her almost monthly in Florida. She had not been able to visit us in Connecticut since our son's high school graduation in 2007. John was at her side when she passed July 7, 2011.

John's actions have caused great pain and anguish to our family. I know he is truly remorseful and regretful. He pled guilty to a serious crime. He would never repeat these actions. We are fortunate to have many friends and family that are supportive now and will be in the future.

I thank you Judge Chatigny for considering these words when determining his sentence.

Sincerely,

Linda H. Voloshin

Jordan Michael Voloshin
3705 Yosemite Street
San Diego, CA 92109

March 12, 2012

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Dear Judge Chatigny,

I am Jordan Voloshin, the son of defendant John Voloshin. I currently reside in San Diego, California, where I recently moved to work for WaveJet, a manufacturer of jet propulsion systems that are designed to be installed in water sports equipment. After graduating from Emory University in May of 2011 with a Bachelors Degree in Philosophy and Economics, I moved to Southern California to pursue my dream of marketing for a surfing company. It was largely my father's lifelong support of my pursuit of that for which I am passionate that made me mentally capable of moving thousands of miles away from my friends and family during these difficult times.

There are few bonds tighter than that of father and son. Therefore, I think it is important that I provide you with a clear understanding of the type of man that I have known John to be. The first word that comes to mind when I think of my father is, *loving*. I say with conviction that I do not know a more compassionate individual than John Voloshin. As I reflect on my childhood, it is clear that John's primary drive has always been bringing joy to the lives of those for whom he cares. Whether it was driving across New England to bring my sister to tennis tournaments, or taking me to go fishing in the middle of the night, he tried tirelessly to make us smile.

I am extremely grateful to have a wonderful father and a privileged youth. Throughout my childhood and young adulthood, John has always been the most understanding and reassuring individual in my life. I have always known that I can talk to him about anything, and I would always take his advice when I was faced with difficult decisions. For example, when I was faced with the task of choosing my major for my undergraduate studies, it was largely my father that made me feel comfortable choosing Philosophy. While I gave some serious thought to Emory's business school program, it was only because it would look more appealing to employers immediately after graduation. John encouraged me not to use my education as a means to an end, but rather to study something that I would enjoy organically. He gave me the courage that it takes to make difficult decisions, which is an invaluable quality.

As my mentor, my father brought me up to be an honest and kind individual. He taught me to treat everyone fairly and to always assume the best in others. These qualities have led me

to make great friendships, built on trust and equality. I am eternally thankful for the values that my father instilled in me throughout my youth.

John is a family man. He has many great friends that respect him as being the generous person that he is. While he has obviously made some mistakes in his recent past, I believe that he is remorseful beyond comprehension. I know that the greatest punishment that can possibly be inflicted upon my father is the disappointment of his loved ones. I am positive that he will never commit a dishonest or otherwise criminal act for the rest of his life. Further, I believe that he will spend the rest of his life trying to repent the day that he brought tears to the eyes of those that care for him. He has made an enormous impact on the lives of so many people. I have discussed with him his plans for when he regains his place in society, and he intends to be the hardworking and compassionate man that I perceived him to be throughout my childhood. I beg that you release him back into the community as soon as possible to be the proud and sincere man that I grew up worshiping.

Sincerely,

Jordan Voloshin

The Honorable Robert Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Dear Judge Chatigny,

My name is Charles H. Wilson.
I am John Kowskins' father
in-law.
I know John Kowskin to
be a loving and caring
family man, whether it was
taking his children for music
lessons at the Suzuki Music
School, tennis lessons at the
Oak Lane Country Club or
making the 5 a.m. ice time at
the Hyford Hockey Rinks. John
was always encouraging his
children, Marisa, and Jordan.
I realize John made some
bad decisions in these rough
economic times but I believe
John to be a good person.
                    Sincerely,
                    Charles Wilson
Retired music educator
B.S., M.A. New York University
School of Education

PO Box 24
Highgate, ON Canada N0P 1T0

April 3, 2012

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

### Re: United States v. John Voloshin Docket No. 3:12CR18 (RNC)

Your Honor:

We are the sister and brother-in-law of John Voloshin. We are both retired, and live in the province of Ontario, Canada, where we are active in foster parenting and in other volunteer activities. Ellen was formerly a teacher of developmentally challenged children, and John was formerly a manager in information technology. John now works part-time as a community college teacher. We have always enjoyed a close and loving relationship with John Voloshin, his wife Linda, and his children.

We are writing to you in support of our many family members who have requested that you consider mitigating the legal penalties against John Voloshin. We hope that you will agree with us that leniency and compassion will be the best ways to help John return to making the significant contributions to society that he is capable of.

John is a man of great talents and energy, and perhaps also of some severe internal conflicts. We do not presume to know what caused him to act in a way that he so clearly knows to be harmful to himself and others. We do know that the generous and responsible side of John, which is the side that we have most often seen, wants only to build a strong future for his family and for the wider community. We have seen so much evidence of this generous side over the years, from immediate and unhesitating offers of financial assistance to our own family, to patient and consistent support of his widowed mother in both financial and emotional terms, and his utter determination to fulfil the talents and ambitions of his own children, and the tireless efforts to develop a better community for the sake of all those around him. In all these ways he faithfully mirrors the example of his own father, a much respected businessman with whom John shared an especially strong bond.

Besides the truly fine qualities just outlined, it is clear that John also has some conflicts. Clearly, these conflicts have led him to some decisions that have had the most serious consequences. It is very clear to us that he wants help to overcome these faults, and that if given that help he will make good use of it. The preconditions for successful counselling are the wish to change and the

insight to recognize one's problems. We feel sure that John has both of these qualities in large measure.

We sincerely hope that John can be returned to society soon, and that the sentence he receives includes the opportunity for expert counselling and positive intervention. John has gifts that are rare and valuable, and we hope that he soon is able to use them for the benefit of himself and the rest of society. We are sure that if the court combines justice with compassion in this case the results will be very favourable.

You have our undertaking that we, like all other members of the family, will do our utmost to support John as he places his life back on a productive path.

With great appreciation for your consideration,

Yours sincerely,

Ellen S Henderson       John L Henderson

# EXHIBIT B

To Honorable Judge         ,

Please allow me to introduce myself, my name is Erika D'Eugenio, and I am John Voloshin's niece. I currently reside in San Diego, California, but grew up in Woodbridge, Connecticut with my family, including my Uncle John Voloshin, for whom I am writing this letter on behalf.

Uncle Johnny, as we have always called him, is my mother's only brother and had lived within a few miles of my family my entire childhood. He was my favorite uncle growing up, and his children, my favorite cousins. When I entered my teens, Uncle Johnny often relied on me to babysit his children while he and his wife. His devotion as a father was evident through the kind, generous and intelligent children he raised, in Jordan and Mellissa, my aforementioned cousins.

Shortly after college, my soon to be husband and I decided to move to California to pursue new careers. The move to the West Coast brought both excitement and a heavy heart. Leaving the East Coast would mean being farther from my ailing Grandmother Joyce, Uncle Johnny's mother, in Florida. When her husband, my grandfather passed, Uncle Johnny had promised him that he would take care of Grandma Joyce for the rest of her life. And this commitement was made in full. My Grandmother battled over the last twenty years several severe illnesses and surgeries that would have taken the lives of many others much sooner. She surivived three boughts with Cancer, Hepititas  C, hip replacement surgeries, eye surgeries and many more. Uncle Johnny was there for all of them. Not just providing transportation to and from the hospitals and doctors offices, but provided comfort to her. He communicated with each doctor to make the several diagnosis' understandable to her, even the most difficult one, at the end. This provided my grandmother great comfort and made each operation that much easier for her to face. This would be commendable in and of itself, but considering that he lived in Connecticut and made this trip as often as he did, is not just commendable but astounding.  There were occassions were he felt that her recovery was at a certain point of stability so he could return to his family in Connecticut, only to learn upon landing in Connecticut that her condition had changed for the worse and he would turn immediately around  to be by her side once again.

 Further, Uncle Johnny always made sure that Grandma Joyce had a home stocked with her favorite foods and was sure to have the countless medications she was prescribed always available. He made sure that all of her bills were up to date, and that she was for want of nothing.  I remember calling her to check in, and finding her in mid laughter, out to dinner with 'the girls', enjoying life, all possible because Uncle Johnny picked them all up and brought to them their favorite restaurant. Other times, I would find her not home, and she would call back to say she just returned from a drive with Uncle Johnny, just to get out of the house for a while.

For this, and many other reasons, my Uncle Johnny will always hold a special place in my heart. He has a good heart and has a beautiful family to show for it. He provided comfort to his mother over the last twenty years without any hope for praise or recognition. He thanklessly gave of himself while sacrificing time he could have spent in many other ways. We hope he can rejoin us as soon as possible.

Best regards,

Erika D'Eugenio

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Dear Judge Chatingy:

My name is Cindy Voloshin Smernoff, I live in Bethany and have worked for ACES for over 23 years as an Education Consultant.  I have known John Voloshin for my whole life; his grandfather and my grandfather were brothers. Growing up we went to the same school, cousin Johnny was a year older and wiser than me. I remember always looking up to him and watching him do the right thing; he was an avid tennis player and played on our high school team. As we go older, I moved to New Orleans for ten years and we lost touch.

I moved back to CT in 1988 to get married, at that time Johnny was married to Linda and starting their family. Johnny was a loving caring husband and father; he was committed to being there for them. He worked hard knowing that hard work makes you a better person.

Johnny was always committed to his parents and before his father died, he spent time making sure that his children Marissa and Jordan knew them and learned the values that they taught John. After his father passed, John's mother needed support emotionally, John was always there for her, even flying to FL at least once a month making sure she was taken care of. My cousin Johnny is a caring compassionate man who always worked hard to take care of his family; he was active in his children's education and always put his wife and children before himself. John was active in the community and well-liked by everyone. He has high work ethics and was a good cousin to me and my family.

During my son's Bar Mitzvah, I had a car accident on the way to the reception, my cousin John was there to provide emotional support that was needed. Thankfully, I was not hurt and the celebration went on as planned.

I know that John has pled guilty to a serious crime and we have talked about the offense and I feel that he can put this behind him and move forward to being a productive member of society. I do not think that he will be a re-offender and has addressed the issues so that they are behind him and he can move on with his life.

Your Honor, I am asking the court for favorable consideration on his behalf and that the court have mercy and leniency on the sentencing of my cousin John.

Thank you for your time and consideration in providing leniency.

Sincerely,

Cindy Voloshin Smernoff M.Ed.

Ron Voloshin

7 Weston Road

Westport CT 06880

Hon. Robert N. Chatigny                                                                     March 7, 2012

United States District Judge

United States District Court

450 Main Street

Hartford, CT 06103

Dear Judge Chatigny,

My name is Ron Voloshin and I live in Westport Ct. I am in the automobile business starting out in Woodbridge, but now I am in Greenwich,Ct. I am John Voloshin's cousin and I have known him my whole life. In the early years we did not have much contact but as we grew older, we had more contact and socialized together. We spent time with his wife Linda and kids on many occasions and he has always been a gentlemen and very respectful to all. I know John had spent much time with his father and mother through his life and was always there for them. After his father died he would always go and visit his mother. He was always there for her even though she moved to Florida later in life. He put his kids through college and was a great support figure in their lives and to this day. I know John to be a hard worker in business and always put his family first. All his vacation was with Linda, Jordan and Marissa that was their special time together.

John and I have talked about his crimes and we both know the seriousness of them. I think that he just got caught up and always thought things would work out. I know that he realizes that there are penalties for breaking the law and he won't do it again.

I am writing this letter on John's behalf for leniency and I know he will be a better person after this is behind him.

Thank you for your time.

Sincerely,

Ron Voloshin

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103


Dear Judge Chatigny,

My name is Deborah Jahn. I am writing this letter in reference to my brother-in-law John Voloshin.

I first met John about thirty years ago when my sister brought her then boyfriend to Florida to meet the rest of the family.  Right away we all fell in love with him and thought he was a great catch for Linda. As the years passed he proved to be an amazing husband to her and an outstanding father to their two children.  John is not afraid to work hard so he can provide for his family.

John has also been very kind to his extended family. There has never been a time when we came to visit and we didn't feel welcome. He always went out of his way for others.  John was especially caring to his mother and making sure she had everything she needed up to her death last year.

 John has made some very bad choices these past few years. He has had time to reflect on his mistakes and understands the hardship he has put a lot of people through. For that he is very remorseful.

Please take all of this into consideration when you are deciding his future.

Sincerely,

Deborah Jahn

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Strees
Hartford, CT 06103

Dear Judge Robert N. Chatigny,

My name is Renee Hess and I am writing this letter on behalf of my Uncle
John Voloshin.

John has been my Uncle for most of my life. When I was a young child I
was invited to be in the wedding of John and my Aunt Linda. John has
always been a family man and a caring person. Through out the years John
has become not only an Uncle but a friend. When I moved to Connecticut to
attend Graduate school at Sothern Connecticut State University John and
the Voloshin family were welcoming and excited to show me around
Connecticut. Furthermore, when I met my husband John willingly
welcomed him into the family and made him feel comfortable. John is a
personable an friendly person who loves his family. Over the years, I have
watched John be a catering husband and father.

John made some big mistakes and is very regretful of his actions. He is
remorseful that his actions have hurt people and put his family in a very
tough situation and he is very sorry for that. John has already learned a
tremendous amount and is able to reflect on his big mistakes.

When deciding his future please take this into consideration.

Thank you,

Renee Hess

Renee Hess

Lisa  Shapiro
1504 Sylvan Wynde
Louisville, KY 40205

Feb. 29, 2012

Dear Judge Chatigny:

I am writing this letter on behalf of my dear cousin John Voloshin (Docket No. 3: 12CR18. [RNC]), to ask the court for leniency on his behalf. I am aware that John pleaded guilty to a serious crime.

I am a Licensed Clinical Social Worker living in KY. I grew up in New Jersey as an only child, and  "Johnny" was my favorite cousin of 13 cousins. My parents used to take me to visit the extended family, including John, in New Haven about once every three months over a 16 year span.

My faith in John is based on his caring for me, my family, and his family over our lifetimes. Despite the fact that we have lived in different parts of the country, John has been "there for me" on numerous occasions. For instance, when my mother was seriously ill, two years ago and I needed the support of friends and family, John made himself accessible by phone on a 24-hr. a day basis. He offered to drive four hours  across the state so that my ill mother and his ill mother could see each other for the last time. (Unfortunately, that trip turned out to be impossible due to severity of the disability of both sisters). He has been a great and compassionate listener.

As regards his caring for his own mother, John visited her with frequency, talked to her regularly, and despite his challenging circumstances, helped her as much as he could. When she passed away, he hosted our  family at the funeral events in such a way that everyone felt welcome and comfortable.

John gives generously of his time to even his extended family. When my son went on college visits, John, despite his busy schedule, took us around a campus in his area and showed us the neighborhood, took us out for a meal, etc. He has always given me sound and sane advice. He has pride in his family: on another visit, John drove us around the neighborhood he and our extended family grew up in, pointing out where each one lived and sharing important anecdotes of the lives of family members long since gone.

John has been a good dad. He offered his children security and support emotionally, by nurturing their strengths, and was a positive influence in all ways in their lives.

He has shown compassion and caring for all family members, even when it would have been easier to "write them off" because of their challenging personalities.

I ask you, the court, to give John a chance to redeem himself and his family name by showing mercy for a very nice man who has made some very unfortunate decisions. I ask you respectfully to give John the chance to make some good decisions that have the potential to have a positive impact on the community.

Thank you.

Sincerely yours,

*Lisa Shapiro, LCSW*

Lisa Shapiro

201 Buccaneer Road
Wilmington, NC 28409
March 31, 2012

Honorable Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

Dear Judge Chatigny,

I am writing on behalf of John Voloshin, who is to be sentenced soon by your court.

I am a brother-in-law to John and have known him for about thirty years. I first met John when
he married Linda Nilson, my wife's sister.  Diana (Didi) and I were married seven months later.
We live in Wilmington, NC where I work on the staff at the University of North Carolina
Wilmington organizing and conducting undersea research cruises.

Didi and I see Linda and John whenever we travel north to visit our families and during the
holidays. On these occasions, John and Linda often invite us to stay at their home. Although
John and I differ on many issues (he's a developer; I'm more of a "tree-hugger"), I have always
found John to be easy to talk with, warm and welcoming.  Over the years, I have seen him grow
as he embraced the joys and responsibilities of being the father of two wonderful kids, Marisa
and Jordan, both of whom recently completed college. He's been an active and loving father.

Knowing John, I was surprised to learn he had been charged with a serious crime. But in his
letters he admits he was wrong, accepts responsibility for his actions, and asks for forgiveness.
He has reached out to his family about this huge mistake with honesty and hope for the future.
He is anxious to repair the damage this has caused to his loved ones. I hope you will take this
into account as you consider his sentence.

Sincerely,

Glenn H. Taylor

Glenn H. Taylor

# Diana Nilson-Taylor

201 Buccaneer Rd.
Wilmington, NC 28409-2718

T 910 452-9342

dgntaylor@gmail.com

31 March 2012

Honorable Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford CT 06103

Dear Judge Chatigny,

I am writing this letter of recommendation for John Voloshin ( Docket No. 3:12CR18 (RNC).

I have lived with my husband Glenn in Wilmington, NC since 1990. We have a 28 year old daughter who lives in Raleigh, works at the Duke Human Vaccine lab and who will be starting her masters in journalism for science writing soon. I have worked as a nurse practitioner although I currently care for my husband's 98 year old father in our home.

John Voloshin married my younger sister Linda about 30 years ago. John has always been a generous, get-the-job-done kind of guy. They did a lot of planning to have a lovely Jewish/Protestant wedding. When I got married a half year later, they sent me Linda's dress to wear. After Hurricane Hugo (1989) in St. Croix devastated communications on the island, John took the lead to find us and help with what we needed. Over the years when we returned for holidays with family we often stayed with them. John helped our family emotionally through the death of my mother in 1988. John was extremely supportive when my younger brother had legal problems, when other people might have distanced themselves. John has been a loving father and husband; he seemed to always want the best for his family.

I understand that John is being charged with a serious crime; I was there visiting when the FBI came to arrest him. In his letters from detention, John has admitted his mistakes, says he is getting counseling,  and asks forgiveness for the heartache he has caused in the family. I hope that you will consider this in your sentencing. I hope for only fair resolution and honest recovery from this dilemma, for everyone involved.

Sincerely yours,

Diana Nilson-Taylor

Robert C. Nilson
184 Concord Way, P.O. Box 4248
Portsmouth, N.H. 03802 April 10, 2012

Hon. Robert N. Chatigny Re: United States v. John
Voloshin
United States District Judge Docket No. 3: 12CR18
(RNC)
United States District Court
450 Main Street
Hartford, CT 06103

Dear Judge Chatigny,

I am an uncle-in-law of John Voloshin. I retired in 1993 after 24
years of teaching high school.* Prior to coming to NH in 1961, I had
attended a 4-year college, served two years in the army, and worked as
an artist in an ad agency (The Wool Bureau) in NYC. I also freelanced
cartoons.** I am currently living in Portsmouth, NH where I continue
to draw cartoons for the Portsmouth Herald and I volunteer one day a
week at Boston Children's Hospital.

I have known John Voloshin since his engagement to my niece. I n
1982 I attended their wedding and met his family. Since then, I have
seen John participate in a loving marriage, help raise two fine
children and care for his invalid mother, all with obvious loving
kindness. John was an avid tennis player himself and easily became an
enthusiastic mentor for his daughter's tennis career. He was
hardworking, drove her to her matches, and critiqued her games. With
his help, her tennis eventually earned her a college scholarship.

By all appearances, John was an honest and successful developer of
shopping malls. Now I know that John has pled guilty to fraud, a
serious crime. Fraud had not been part of his career. I believe it
was a panicked reaction to the real estate market collapse. I have
read John's letters to my brother, Charles, his father-in-law. John
knows he made terrible mistakes and he is truly remorseful. His
innocent family suffers without him. Given these circumstances, I
respectfully ask that you consider mercy and leniency in sentencing him.

Sincerely,

Robert C. Nilson

*As a student I earned a BA in English (SUNY), an MS in math (College of Advance Science, NH), an MA in Psychology (UNH) and certificates in Art (Cartoonists and Illustrators School, NYC) and Outdoor Education (Project Adventure, Beverly, MA). As a teacher (at Oyster River High School, Durham, NH) I taught a variety of math courses plus Journalism, Science Fiction, Psychology, Sociology, Art, and Outdoor Ed.

** My work appeared in Esquire, Playboy and The New Yorker and, for my editorial cartoons in Publick Occurences (NH), I was nominated for a Pulitzer Prize. For over 40 years my drawings have appeared in The Portsmouth Herald. For the past 20 years, as a volunteer, I've spent one day a week drawing children at Boston Children's Hospital.

# EXHIBIT C

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

March 11, 2012

Dear Judge Chatigny,

My name is Pamela Dann and I am a Research Associate in the department of Internal Medicine at Yale University. I lived in Woodbridge from 1992 to 2007 with my husband and two boys and became friends with John Voloshin and his family 19 years ago during a Woodbridge Father's League spring season. Our younger son Jeremy and John's son Jordan became very good friends while attending the same school in Woodbridge and have remained friends over the years while their career paths have diverged significantly but have a common ground. Jordan is a graduate of Emory College and is now in marketing for a high tech rescue surf board company in California and Jeremy is a graduate of Maine Maritime Academy and he has just finished sailing in the Atlantic and Pacific Oceans per his contract as a second mate with Sea Education Association. I would like to share highlights of what I have come to know of John over many years of a mature and close friendship where I believe I can attest to his family values and overall belief in good things to come.

I am a firm believer that it takes a village to raise a child and John and his family were a major part of our village. We not only came to have similar interests in education for our children, supported community sports, coached after-school creative activites such as Odyssey of the Mind, enrolled in the same summer day camps, but we also exchanged parental philosophy and subsequently enjoyed family summer vacations together. While Jordan and Jeremy took different paths in high school with Jeremy going to Sound School in New Haven and Jordan going to Hopkins Day School their friendship and similar interests did not fade. John and Linda exemplified a team unlike other familes who we knew where one of the parents "seemed to be" more involved than another. In John and Linda's case there was no question- they were both very involved and forthright.

John and Linda were dedicated to nurturing their children in a balanced way. They could have sent their children away to summer residential camps but they chose to create a patchwork of day camp, family reunions and vacations that exposed them to interesting people and activities while still under the umbrella of family evenings at home. Some of the things Jordan and Jeremy shared were summer camp. They each had built 4 different boats (kayaks, sailboats, and a pontoon) over the years at the Eli Whitney camp in New Haven. Of course this then meant that John and the rest of us would be finding ways for our kids to use their new found interest on Lake Wintergreen in Hamden or eventually in Martha's Vineyard where we sometimes camped at the only family campground or stayed at their summer home. Jordan and Jeremy's one and only experience at residential camp was when they attended the roughly hewn YMCA "Camp Fuller" sailing camp for 2 weeks in Rhode Island. If I had to guess, sending Jordan away was not easy for John but he went along with the idea given that Jeremy was going and Rhode Island is not far away. John also nurtured a sense of generosity in his children and would be the first one to say yes to an invitation to a family walk in New Haven for the annual Cook and Care Walkathon. His sense of family and generosity also included regular extended-family reunions across the country and unlike any one I know he kept a promise to his dying father 20 years ago to take care of his mother who lived in Florida up until a year ago when she died. Given that she would not move back to CT and that her health was very poor this was no easy promise to keep and he would fly to

visit her every 2 months and he made sure that she was taken care of while living in her own home for a very long time.

John was always the positive thinker and was serious about discovering one's passion- for his children, his wife and for any one he encountered.  John's love for tennis was shared by his daughter Marisa up through college but not so much by his son.  While Jordan enjoyed baseball and lacrosse he was more a waterside nature lover and enjoyed the creative arts before becoming a serious surfer all the while he excelled academically.  John supported and nurtured Jordan's interests all along even if he might have secretly wished his son had taken up tennis.  His wife Linda took up photography around the time we met them and for as long as I can remember he would encourage her and help her get ready for shows at the Creative Arts Workshop and Guilford Handcraft Center where she exhibited her work.  Regarding strangers, John was sometimes teased by us or his family for striking up a conversation with strangers who we would meet while we were out and about.  But the reality is we met some interesting people or discovered a connection or details of someone's passion because of John's initial inquiry.

While I do not know anything about John's business affairs other than what I have read in the newspapers I can say he has always worked hard and late into the evening.  I know he was passionate about developing commercial and residential property but that is all I can say.  Since we have moved to West Haven we have seen less of John but nevertheless we have maintained our friendship.  I do know he has pled guilty to a serious fraud but it doesn't change my feelings about him.  I do not believe that John would be a repeat offender.  I hope that John will receive leniency for having provided well for his family and community and be allowed to move forward and once again become a productive member of society.

Sincerely,

Pamela Dann

Pamela Dann
9 Woody Crest
West Haven, CT 06516

To: Hon. Robert N. Chatigny
    United States District Judge
    United States District Court
    450 Main St.
    Hartford, CT 06103
From: Claire Sullivan

Dear Judge Chatigny,

I am writing you in reference to John Voloshin. I have known John for over 30 years.
We attended the same local High School and also went to Boston College at the same
time. I have known him as a very close friend after I moved back to Woodbridge in 1985,
when I became friends with his wife, Linda and two children. I knew John as a devoted
father to his children and committed and caring husband to his wife. He always worked
hard for his family and tried to provide for them as best he could.

John was always the first person to extend a helping hand.  As a single mom, John helped
me on more than one occasion. He took the time to help me decide on a place to live. He
and Linda tirelessly drove with me many places before I finally made a decision. Once I
moved into my home John offered and later came over and helped me by putting up a
fence so that my dog would be safe.

 There were many Holidays that we spent together with our extended families.  It was
always very important to John that we all are together. He showed his generosity many
times in having my family and my parents to his home. When my mother was first ill
with Alzheimer's, I told John I didn't think we could come for Christmas. He said we had
to be there and that he would come and help me to pick up my mom and get her to their
house. Family was so important to him.

I remember how proud John was of his family and it was clear how much he truly loved
them. He made time to attend all of his daughters tennis matches. He made time to play
tennis with her when ever he could. He supported his son in his love for the surf. John
would get up at the crack of dawn to go see his son. He made it a point to always know
where they were and keep in contact with them to make sure they were safe and being
safe.

I understand that John has pleaded guilty to a financial crime. I know he wants to put this behind him and behind for his family as well. I know John is very remorseful and I feel like John could be a productive part of society again. John always wanted the best for his family. I feel like John got over his head and did not know how to get out. He made some bad decisions but I know he realizes that he spiraled out of control and needed help that he did not get. Please Judge; grant John some mercy and leniency, for his sake and for the sake of his family.

Sincerely,

Claire Sullivan

## MOSS & CIRILLO

ATTORNEYS AT LAW

35-37 AUDUBON STREET · NEW HAVEN, CONNECTICUT 06511-6413
TELEPHONE (203) 787-3558
FAX NO. (203) 562-4714
MOSSANDCIRILLO@SBCGLOBAL.NET

FRANK L. CIRILLO

GARY G. COOPER

FREDERICK S. MOSS
RETIRED

HELENE ROTH
ADMINISTRATOR

March 29, 2012

Hon. Robert N. Chatigny
United States District Judge
United States District Court
450 Main Street
Hartford, CT 06103

RE: US v. John Voloshin
DOCKET #: 3:12CR18 (RNC)

Dear Judge Chatigny:

I am writing this letter at the request and on behalf of John Voloshin. I am a practicing attorney in New Haven, CT and have been in practice since 1975. My main area of concentration is personal injury in state courts.

I have known John for about 20 years. We both have 2 children, the same ages, and our families met while the children were attending nursery school at "Miss Ginny's" (Ginny Calistro) in Woodbridge. We also have been neighbors for the past twenty years as we lived on Country Club Drive together and Penny Lane together in Woodbridge. Both families belonged to Oak Lane Country club and our children played together at the pool on a daily basis when they were young. Our family also shared many holidays, birthdays, and other special occasions together over the years. My wife, Eileen, counts Linda Voloshin as one of her closest friends and they talk together on a daily basis.

John was always a terrific father and family man. His children were in a number of activities while they were growing up and he was always there to support them. He always talked about his children and was as proud as any parent could be.

John was also a dedicated child to his mother who lived in Florida. As she became older he would fly down to visit her 2 to 3 times per month. He was a thoughtful and loving son and on her death recently he was broken hearted.

# MOSS & CIRILLO

ATTORNEYS AT LAW

35-37 AUDUBON STREET · NEW HAVEN, CONNECTICUT 06511-6413

TELEPHONE (203) 787-3558

FAX NO. (203) 562-4714

MOSSANDCIRILLO@SBCGLOBAL.NET

FRANK L. CIRILLO

GARY G. COOPER

FREDERICK S. MOSS
RETIRED

HELENE ROTH
ADMINISTRATOR

John has literally gone from being on top of the world to a bottomless pit. He had 2 beautiful houses, a loving family and 2 dogs. He is now in jeopardy of losing both his houses in foreclosure and his family is shattered. His life is literally in ruins and he is certainly suffering on a daily basis.

Based on the above, I would hope that you would give him some consideration in mitigation of his sentence.

Very truly yours,

Frank L. Cirillo



**Robert J. Martino**
(t) 860.548.2658
(f) 860.548.2680
rmartino@uks.com

**iii MERITAS** LAW FIRMS WORLDWIDE

March 27, 2012

Honorable Robert N. Chatigny
U.S. District Judge
United States District Court
450 Main Street
Hartford, CT  06103

   Re: John Voloshin

Dear Judge Chatigny:

   I have known John professionally for approximately seven years.  Through this time, I have gotten to know John personally as well.  I have found him to be a kind, caring person.  He has written me several letters since he has been incarcerated and in the body of these letters he has related to me that he is truly sorry for the crimes he has committed.  I personally believe that he is remorseful that he allowed himself to be in a position where he didn't use good judgment.

   I consider John a friend and look forward to the day that he has completed his time in prison and can rejoin his friends and family as a free member of our society.

   Thank you for your consideration.

      Very truly yours,

      Robert J. Martino

RJM:pk

619546

**Updike, Kelly & Spellacy, P.C.**
100 Pearl Street ▪ PO Box 231277 ▪ Hartford, CT 06123 **(t)** 860.548.2600 **(f)** 860.548.2680 **www.uks.com**