

TOGETHER WITH THEIR FAMILIES

*Marisa Voloshin & John Merrill*

INVITE YOU TO CELEBRATE WITH THEM AS THEY
BECOME HUSBAND AND WIFE

07.28.17

5:30 PM | ANTHONY'S OCEAN VIEW
450 LIGHTHOUSE COURT | NEW HAVEN, CONNECTICUT

JOIN US FOR



*Dinner & Dancing*

UNDER THE STARS FOLLOWING THE CEREMONY



MERRILL-VOLOSHIN
85 IDLEWOOD ROAD
WOLCOTT, CONNECTICUT 06716

deliver to



# RSVP

BY JULY 7TH

M_____

___ ACCEPTS WITH PLEASURE   ___ DECLINES WITH REGRET

